No. 5363. WIGGINS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 5364. MASTON, AKA MASSEY *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 5367. RANDALL *v.* JORDAN, SECRETARY OF STATE OF CALIFORNIA, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 5368. PATTEN *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 5369. DOCKERY *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 5371. DENSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 5372. STEBBINS *v.* BLUE CROSS-BLUE SHIELD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 5375. CHURCHWELL *v.* NEIL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 5376. SEARS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 5378. HEMSTREET *v.* LEAVEY ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 5379. WILLIAMSON *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 5381. GERBERDING *v.* MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 5384. BEAN *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 5386. OWENS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.